THE PEOPLE OF THE STATE OF NEW YORK v. HARRIS D. FUCHMAN.— Motion granted. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL J. OLSHIN.— Motion granted. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

SAMUEL GOLDSTICKER v. ANNIE ENRIGHT and Others.— Motion granted, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

PERCY R. DRURY v. JULIUS OFFENBACH.— Motion granted, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

ANNABELLE DOLSON v. BENJAMIN H. JACOBS.— Motion granted, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MANTIN.— Motion granted unless appellant complies with terms of order. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

MARTIN WALSH v. BUTTERICK PUBLISHING COMPANY.— Application granted. Order signed. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

BENJAMIN SELL and Another v. MAX PINKIERT and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PETER PALLUCH.— Motion denied. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

PRUDENTIAL INSURANCE COMPANY v. NATIONAL BANK OF COMMERCE IN NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

WAGNER TRADING COMPANY v. BATTERY PARK NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

JOSEPH J. BATTLES and Another v. WILLIAM S. MCCLEVEY and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

JAMES L. ADAMS v. INTEROCEAN OIL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

ALBERT J. HIRT v. FRANCIS R. MAYER and Another.— Motion granted. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

WILKINSON BROTHERS v. WILLIAM E. EBBETTS.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

CHARLES J. TRAINOR v. EDWARD I. GOODRICH.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

In the Matter of JOHN J. QUINLAN. In the Matter of KATHERINE O'BRIEN. In the Matter of EQUITABLE TRUST COMPANY.— Motion granted. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

In the Matter of SAMUEL S. FIELD.— Motion granted. Present — Dowling, Smith, Page, Shearn amd Merrell, JJ.

PETER LASKOFSKY v. POCAHONTAS CONSOLIDATED COLLIERIES COMPANY. — Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.